UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:18-cr-134-FtM-38MRM

NELSON ANTONIO CHABES-GONZALES

_____

## ORDER

This case is set for trial on December 16, 2019 before the undersigned. At today's Final Pretrial Conference, the Defendant Nelson Antonio Chabes-Gonzales orally moved to continue the trial and plea deadline because he needs more time before proceeding to trial. The Government does not object to a one-month continuance.

The Court finds good reason to grant the continuance. Accordingly, the oral motion is **GRANTED**. This case is continued until the January 2020 trial term, commencing January 6, 2020. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the January 2020 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). The plea deadline is also extended to **January 13, 2020**.

**DONE AND ORDERED** in Fort Myers, Florida on this 13th day of December 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record